UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 19-1863-DOC (JDEx)<br>SA CV 19-1714-DOC (KESx)<br>SA CV 19-1771-DOC (KESx) | Date | December 18, 2019 |
|---|---|---|---|
| Title | DAVID HESTER V PUBLIC STORAGE ET AL<br>DAVID HESTER V PUBLIC STORAGE, ET AL<br>DAVID HESTER V PS ORANGECO, INC. | | |

PRESENT:

**HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Melissa Kunig for Deborah Lewman
Deputy Clerk

CourtSmart
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

James Boyd

ATTORNEYS PRESENT FOR DEFENDANT:

Nicole Kardassakis
Melissa Daughtery

**PROCEEDINGS: SCHEDULING CONFERENCE AND ORDER CONSOLIDATING**

Scheduling Conferences held. The Court sets dates in SACV 19-01863-DOC (JDEx) and SACV 19-01714-DOC (KESx) as follows:

- Discovery cut-off 6/3/20

- Motion cut-off 7/20/20 @ 8:30 AM

- Final Pretrial Conference 8/10/2020 @ 8:30 AM

- Jury Trial: 8/18/2020 @ 8:30 AM

In the interests of judicial economy, the Court hereby **VACATES** the Scheduling Conference in SACV 19-01714-DOC (KESx) as the necessary trial related dates and deadlines are set in this order.

The dates and deadlines in SACV 19-01771-DOC (KESx) remain on calendar as

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 19-1863-DOC (JDEx)<br>SA CV 19-1714-DOC (KESx)<br>SA CV 19-1771-DOC (KESx) | Date | December 18, 2019 |
|---|---|---|---|
| Title | DAVID HESTER V PUBLIC STORAGE ET AL<br>DAVID HESTER V PUBLIC STORAGE, ET AL<br>DAVID HESTER V PS ORANGECO, INC. | | |

previously scheduled.

    The Court ORDERS these three cases to be consolidated for pretrial purposes only. All cases will be consolidated with SA CV 19-01714-DOC (KESx).   All future filings shall be filed only under SA CV 19-01714-DOC (KESx).

```
19-01714    0:03
19-01771    0:03
19-01863    0:03
```

                                              0  :  09

Initials of Deputy Clerk   mku

cc: